**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1750**

_____

AKIL RASHIDI BEY, Ex rel Aikdo Graves, Moorish American
Moslem National, in full life, All Rights Reserved, Without
Prejudice, Tscnocmoco Territory,

                Plaintiff – Appellant,

    v.

RICHMOND REDEVELOPMENT AND HOUSING AUTHORITY,

                Defendant – Appellee,

    and

WILLITTE C. WILLIAMS, in her official and personal
capacity; TAMMY L. GRUBB, in her official and personal
capacity; CALANDRA M. TROTTER, in her official and personal
capacity; GENESIS PROPERTIES, in their official and
personal capacity; JEFFERSON TOWNHOMES, in their official
and personal capacity; VANESSADIETERLY, in their official
and personal capacity; JOYWARFIELD, in their official and
personal capacity,

                Defendants.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge.  (3:13-cv-00464-HEH)

_____

Submitted:  October 22, 2014      Decided:  October 24, 2014

_____

Before MOTZ, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

---

Akil Rashidi Bey, Appellant Pro Se. Steven George Popps, Brian Emory Pumphrey, MCGUIREWOODS, LLP, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Akil Bey appeals the district court's order dismissing his complaint for failure to state a claim. On appeal, Bey argues that the district judge should have recused himself, pursuant to 28 U.S.C. § 455 (2012). Because Bey never presented a motion for recusal to the district court, we review his claim under the plain error standard. Fed. R. Civ. P. 52(b); see United States v. Schreiber, 599 F.2d 534, 535-36 (3d Cir. 1979) (holding that where § 455 recusal was not raised before trial judge, the standard of review is plain error). Our review of the record reflects no bias or conflicts of interest on the part of the district judge. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED